UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 2:12–cr-0072-PPS |
| EUGENE BABER, JR., | ) | |
| Defendant. | ) | |

## ORDER

On November 20, 2012, a hearing in this matter was held before Magistrate Judge Rodovich pursuant to Rule 11 of the Federal Rules of Criminal Procedure. (DE 21.) He recommended that I accept Defendant Eugene Baber's guilty plea. (*Id.*) I accept this recommendation and hereby adopt the findings in Magistrate Judge Rodovich's report, and I will take the plea under advisement until sentencing on March 13, 2013.

**SO ORDERED**.

ENTERED: December 3, 2012.

s/ Philip P. Simon
PHILIP P. SIMON, CHIEF JUDGE
UNITED STATES DISTRICT COURT